# UNITED STATES DISTRICT COURT

_____ EASTERN _____ **District of** _____ CALIFORNIA _____

| | |
|---|---|
| PAUL L. CEBALLOS,<br>    Plaintiff<br><br>    V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>    Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br><br>CASE NUMBER: 1:10-AT-00339 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X GRANTED.

  X The clerk is directed to file the complaint.

  X IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this  17th  day of    May   ,  2010 .

            /s/ Sandra M. Snyder
            Signature of Judicial Officer

            SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
            Name and Title of Judicial Officer