1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff  PAUL L. CEBALLOS
6

7
                   **UNITED STATES DISTRICT COURT**
8
                   **EASTERN DISTRICT OF CALIFORNIA**
9
                         **FRESNO DIVISION**
10

11
   PAUL L. CEBALLOS,                    )  Case No.:   10-CV-864 SKO
12                                      )
             Plaintiff,                 )  STIPULATION TO EXTEND
13                                      )  BRIEFING SCHEDULE AND ORDER
        vs.                             )
14                                      )
   MICHAEL J. ASTRUE, Commissioner      )
15                                      )
   of Social Security,                  )
16                                      )
             Defendant                  )
17  _____)

18
         Plaintiff Paul L. Ceballos ("Plaintiff") and defendant Michael Astrue,
19
   Commissioner of Social Security ("Defendant"), through their undersigned counsel
20
   of record, hereby stipulate, subject to the approval of the Court, to extend the time
21
   for Plaintiff to file Plaintiff's Opening Brief to February 11, 2011; and that
22
   Defendant shall have until March 14, 2011, to file his opposition, if any is
23
   forthcoming.  Any reply by plaintiff will be due March 28, 2011.
24

25

26

                                    -1-

1    An extension of time is needed in order to properly address the issues within
2    the administrative record in this matter.  Counsel sincerely apologizes to the court
3    for any inconvenience this may have had upon it or its staff.

5    DATE: December 20, 2010        Respectfully submitted,

6                                   LAW OFFICES OF LAWRENCE D. ROHLFING

7                                        /s/ *Steven G. Rosales*
                             BY: _____
8                                   Steven G. Rosales
                                    Attorney for plaintiff PAUL L. CEBALLOS

10   DATED:  December 20, 2010      BENJAMIN WAGNER
                                    United States Attorney

13                                  */S/- *Theophous H. Reagans*

14                                  _____
                                    Theophous H. Reagans
15                                  Special Assistant United States Attorney
                                    Attorney for Defendant
16                                  [*Via email authorization]

# ORDER

Upon the parties' stipulation, IT IS ORDERED that Plaintiff may have an extension of time, to and including **February 11, 2011**, in which to file Plaintiff's Opening Brief.  Defendant may have an extension of time to **March 14, 2011**, to consider the contentions raised in Plaintiff's Opening Brief and to file any opposition, if necessary.  Any reply by plaintiff will be due **March 28, 2011**.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause.  (Doc. 7-1 ¶ 14.)

IT IS SO ORDERED.

Dated: **December 23, 2010**               **/s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE